UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                        Plaintiff,

        -against-

LEGEND VENTURE PARTNERS LLC,

                        Defendant.

Case No. 23 Civ. 5326

---

**<u>MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD</u>**

Pursuant to Civil Rule 1.4 of the Local Rules of the United States Court for the Southern District of New York, the undersigned counsel, Selbie L. Jason, respectfully requests leave to withdraw as counsel of record for Defendant Legend Venture Partners LLC ("Legend").

1.      Plaintiff Securities and Exchange Commission instituted this action against Legend on June 22, 2023.  (ECF No. 1.)

2.      The undersigned counsel entered an appearance as counsel of record for Legend on June 23, 2023.  (ECF No. 19.)

3.      Local Civil Rule 1.4 states:

> An attorney who has appeared as attorney of record for a party may be relieved or displaced only by order of the Court and may not withdraw from a case without leave of the Court granted by order.  Such an order may be granted only upon a showing by affidavit or otherwise of satisfactory reasons for withdrawal or displacement and the posture of the case, including its position, if any, on the calendar, and whether or not the attorney is asserting a retaining or charging lien.  All applications to withdraw must be served upon the client and (unless excused by the Court) upon all other parties.

4.      On July 7, 2023, the Court entered the Order Appointing Receiver dismissing the undersigned as an attorney for Legend:

> The trustees, directors, officers, managers, employees, investment advisors, accountants, attorneys and other agents of the Receivership Entities [including

Legend] are hereby dismissed and the powers of any general partners, directors, and/or managers are hereby suspended.  Such persons and entities shall have no authority with respect to the Receivership Entities' operations or assets, except to the extent as may hereafter be expressly granted by the Receiver or the Court.  The Receiver shall assume and control the operation of the Receivership Entities and shall pursue and preserve all of their claims.

No person holding or claiming any position of any sort with any of the Receivership Entities shall possess any authority to act by or on behalf of any of the Receivership Entities.  (ECF No. 33 at 3.)

5.	No retaining or charging lien is being asserted.

For the reasons set forth herein, the undersigned counsel respectfully requests that the Court grant the Motion for Leave to Withdraw as Counsel of Record for Legend in the form attached hereto.

Dated: July 10, 2023
       New York, New York

Respectfully submitted,

**CLARK SMITH VILLAZOR LLP**

By:  *s/ Selbie L. Jason*
     Selbie L. Jason
     250 West 55th Street, Floor 30
     New York, New York 10019
     (212) 582-4400
     selbie.jason@csvllp.com

2