UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                            Plaintiff,

      -against-

LEGEND VENTURE PARTNERS LLC,

                            Defendant.

Case No. 23 Civ. 5326

---

LEWIS A. KAPLAN, United States District Judge:

      The motion for an order granting the withdrawal of Selbie L. Jason as counsel of record for Defendant Legend Venture Partners LLC in the above-captioned action is GRANTED. The Clerk of Court is directed to note on the docket that her representation of Defendant Legend Venture Partners LLC is terminated.

Dated: _____, 2023
        New York, New York

                                                  SO ORDERED:

                                                  _____
                                                  HON. LEWIS A. KAPLAN
                                                  United States District Judge