

230 Park Avenue
New York, NY 10169
otterbourg.com
212 661 9100

Erik B. Weinick
Member of the Firm
eweinick@otterbourg.com
212 905 3672



September 13, 2023

**BY ECF**

Hon. Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

Re: *SEC v. Legend Venture Partners LLC*, 23-cv-5326 (S.D.N.Y.) - Request for Adjournment for Defendant to Answer Complaint

Dear Judge Kaplan:

This firm is counsel to Melanie L. Cyganowski, whom the Court appointed as Receiver of Legend Venture Partners LLC ("LVP" or "Defendant") and certain of its affiliates[1].

On June 22, 2023, the Securities and Exchange Commission (the "SEC") filed a complaint (the "Complaint") commencing this action against LVP. On September 13, 2023, on behalf of the Receiver, I executed the Waiver of the Service of Summons, which the SEC filed today and which sets November 13, 2023 as the deadline for the Defendant to answer the Complaint [Dkt. No. 52].

The Receiver respectfully requests that the Court extend the time for the Defendant to answer the Complaint *sine die*. The Receiver has not made a previous request to extend the Defendant's time to answer the Complaint. The Receiver has conferred with counsel for the SEC, and the SEC does not oppose this request.

Respectfully submitted,

Granted

SO ORDERED

/s/ Erik B. Weinick
Erik B. Weinick

cc: Counsel of Record via ECF

LEWIS A. KAPLAN, USDJ
9/14/23

---

[1] In addition to LVP, the Receivership Entities include Legend Ventures Fund 1 LLC, Legend Ventures Fund 2 LLC, Legend Ventures Fund 3 LLC, Legend Ventures Fund 4 LLC, and Legend Ventures Fund 5 LLC.