## **EXHIBIT A**
SFAR

**STANDARDIZED FUND ACCOUNTING REPORT for LEGEND RECEIVERSHIP - Cash Basis**
**Receivership; Civil Court Docket No. 1:23-cv-05326-LAK**
**Reporting Period 07/07/2023 to 09/30/2023**

**FUND ACCOUNTING (See instructions):**

|  |  | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 07/07/2023): |  |  | $ - |
|  | *Increase in Fund Balance:* |  |  |  |
| Line 2 | Business Income | $ - |  |  |
| Line 3 | Cash and Securities | - |  |  |
| Line 4 | Interest/Dividend Income | - |  |  |
| Line 5 | Business Asset Liquidation | - |  |  |
| Line 6 | Personal Asset Liquidation | - |  |  |
| Line 7 | Third-Party Litigation Income | - |  |  |
| Line 8 | Miscellaneous - Other | - |  |  |
|  | **Total Funds Available (Lines 1 - 8):** |  | $ - | $ - |
|  | *Decreases in Fund Balance:* |  |  |  |
| Line 9 | **Disbursements to Investors** |  | $ - |  |
| Line 10 | **Disbursements for Receivership Operations** |  |  |  |
| Line 10a | *Disbursements to Receiver or Other Professionals* | $ - |  |  |
| Line 10b | *Business Asset Expenses* | - |  |  |
| Line 10c | *Personal Asset Expenses* | - |  |  |
| Line 10d | *Investment Expenses* | - |  |  |
| Line 10e | *Third-Party Litigation Expenses* |  |  |  |
|  | 1. Attorney Fees | - |  |  |
|  | 2. Litigation Expenses | - |  |  |
|  | *Total Third-Party Litigation Expenses* | - |  |  |
| Line 10f | *Tax Administrator Fees and Bonds* | - |  |  |
| Line 10g | *Federal and State Tax Payments* | - |  |  |
|  | **Total Disbursements for Receivership Operations** |  | $ - |  |
| Line 11 | **Disbursements for Distribution Expenses Paid by the Fund:** |  |  |  |
| Line 11a | *Distribution Plan Development Expenses:* |  |  |  |
|  | 1. Fees: |  |  |  |
|  | Fund Administrator............................................................... | $ - |  |  |
|  | Independent Distribution Consultant (IDC)........................... | - |  |  |
|  | Distribution Agent................................................................ | - |  |  |
|  | Consultants........................................................................... | - |  |  |
|  | Legal Advisors...................................................................... | - |  |  |
|  | Tax Advisors......................................................................... | - |  |  |
|  | 2. Administrative Expenses | - |  |  |
|  | 3. Miscellaneous | - |  |  |
|  | *Total Plan Development Expenses* | $ - |  |  |
| Line 11b | *Distribution Plan Implementation Expenses:* |  |  |  |
|  | 1. Fees: |  |  |  |
|  | Fund Administrator............................................................... | $ - |  |  |
|  | IDC........................................................................................ | - |  |  |
|  | Distribution Agent................................................................ | - |  |  |
|  | Consultants........................................................................... | - |  |  |
|  | Legal Advisors...................................................................... | - |  |  |
|  | Tax Advisors......................................................................... | - |  |  |

**STANDARDIZED FUND ACCOUNTING REPORT for LEGEND RECEIVERSHIP - Cash Basis**
**Receivership; Civil Court Docket No. 1:23-cv-05326-LAK**
**Reporting Period 07/07/2023 to 09/30/2023**

|  |  | | | |
|---|---|---|---|---|
| | 2. Administrative Expenses | - | | |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan.............................................. | - | | |
| | Claimant Identification............................................................ | - | | |
| | Claims Processing................................................................... | - | | |
| | Web Site Maintenance/Call Center............................................ | - | | |
| | 4. Fund Administrator Bond | - | | |
| | 5. Miscellaneous | - | | |
| | 6. Federal Account for Investor Restitution | - | | |
| | 7. (FAIR) Reporting Expenses | - | | |
| | *Total Plan Implementation Expenses* | $ - | | |
| | | | | |
| | **Total Disbursement for Distribution Expenses Paid by the Fund** | | $ - | |
| | | | | |
| **Line 12** | **Disbursements to Court/Other:** | | | |
| *Line 12a* | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | $ - | | |
| *Line 12b* | *Federal Tax Payments* | - | | |
| | **Total Disbursements to Court/Other:** | | $ - | |
| | | | | |
| | **Total Funds Disbursed** (Lines 9 - 11): | | $ - | |
| | | | | |
| **Line 13** | **Ending Balance (As of MM/DD/YYYY):** | | | $ - |
| | | | | |
| **Line 14** | **Ending Balance of Fund - Net Assets:** | | | |
| *Line 14a* | *Cash & Cash Equivalents* | $ - | | |
| *Line 14b* | *Investments* | - | | |
| *Line 14c* | *Other Assets or Uncleared Funds* | - | | |
| | **Total Ending Balance of Fund - Net Assets** | | | $ - |

**OTHER SUPPLEMENTAL INFORMATION:**

|  |  | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | *Report of Items NOT To Be Paid by the Fund:* | | | |
| | | | | |
| **Line 15** | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | |
| *Line 15a* | *Plan Development Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator.................................................................. | $ - | | |
| | Independent Distribution Consultant (IDC)............................... | - | | |
| | Distribution Agent.................................................................. | - | | |
| | Consultants............................................................................ | - | | |
| | Legal Advisors....................................................................... | - | | |
| | Tax Advisors.......................................................................... | - | | |
| | 2. Administrative Expenses | - | | |
| | 3. Miscellaneous | - | | |
| | *Total Plan Development Expenses Not Paid by the Fund* | | $ - | |
| | | | | |
| *Line 15b* | *Plan Implementation Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator.................................................................. | $ - | | |
| | IDC........................................................................................ | - | | |
| | Distribution Agent.................................................................. | - | | |
| | Consultants............................................................................ | - | | |
| | Legal Advisors....................................................................... | - | | |

**STANDARDIZED FUND ACCOUNTING REPORT for LEGEND RECEIVERSHIP - Cash Basis**
**Receivership; Civil Court Docket No. 1:23-cv-05326-LAK**
**Reporting Period 07/07/2023 to 09/30/2023**

|  |  |  |  |  |
|---|---|---|---|---|
| | Tax Advisors................................................................................ | - | | |
| | 2. Administrative Expenses | - | | |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan.............................................. | - | | |
| | Claimant Identification................................................................ | - | | |
| | Claims Processing........................................................................ | - | | |
| | Web Site Maintenance/Call Center............................................ | - | | |
| | 4. Fund Administrator Bond | - | | |
| | 5. Miscellaneous | - | | |
| | 6. FAIR Reporting Expenses | - | | |
| | *Total Plan Implementation Expenses Not Paid by the Fund* | | $          - | |
| *Line 15c* | *Tax Administrator Fees & Bonds Not Paid by the Fund* | $          - | $          - | |
| | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | | $          - |
| **Line 16** | **Disbursements to Court/Other Not Paid by the Fund:** | | | |
| *Line 16a* | *Investment Expenses/CRIS Fees* | $          - | | |
| *Line 16b* | *Federal Tay Payments* | - | | |
| | **Total Disbursements to Court/Other Not Paid by the Fund:** | | $          - | $          - |
| **Line 17** | **DC & State Tax Payments** | | | |
| **Line 18** | No. of Claims: | | | |
| | *# of Claims Received This Reporting Period...............................................* | ........................... | .............................. | |
| | *# of Claims Received Since Inception of Fund............................................* | ........................... | .............................. | |
| **Line 19** | **No. of Claimants/Investors:** | | | |
| | *# of Claimants/Investors Paid This Reporting Period...................................* | ........................... | .............................. | |
| | *# of Claimants/Investors Paid Since Inception of Fund................................* | ........................... | .............................. | |

**Receiver:**

**By:**  /s/ *Melanie L. Cyganowski*
(signature)

Melanie L. Cyganowski, as Receiver
(printed name)

Court Appointed Receiver
(title)

**Date:**  10/30/2023