## EXHIBIT B

Fee Schedule by Receiver and Otterbourg Professionals

**SUMMARY OF HOURS BILLED BY RECEIVER AND BY OTTERBOURG
PROFESSIONALS AND PARAPROFESSIONALS
FOR THE APPLICATION PERIOD**

| Professional | Year Admitted | Rate Per Hour | No. of Hrs.[1] | Total Compensation[2] |
|---|---|---|---|---|
| Melanie L. Cyganowski ("MLC") Partner | 1982 | $1,620.00 | 4.6 | $7,452.00 |
| Erik B. Weinick ("EBW") Partner | 2002 | $985.00 | 49.2 | $48,462.00 |
| Michael A. Pantzer ("MAP") Associate | 2017 | $525.00 | 43.0 | $22,575.00 |
| Jessica K. Hildebrandt ("JKH") Paralegal | N/A | $380.00 | 28.4 | $10,792.00 |
| | **TOTAL** | | **125.2** | **$89,281.00** |

---

[1]    Because this is a joint application, the time detailed includes time for Melanie L. Cyganowski as Receiver and time for Otterbourg professionals and paraprofessionals.

[2]    These amounts reflect the recorded fees prior to application of the agreed upon fee accommodations.

2