## **EXHIBIT C**

Fees by Project Code

**SUMMARY OF COMPENSATION BY PROJECT CODE FOR RECEIVER (WITH DISCOUNTS)**
**FOR THE APPLICATION PERIOD**

| Project Code | Project Category | Total Hours | Total Fees Recorded | Public Service Accommodation[1] | Total Fees Requested |
|---|---|---|---|---|---|
| P04 | Case Administration | 4.6 | $7,452.00 | $1,863.00 | $5,589.00 |
| | **TOTALS:** | **4.6** | **$7,452.00** | **$1,863.00** | **$5,589.00** |

**SUMMARY OF COMPENSATION BY PROJECT CODE FOR OTTERBOURG (WITH DISCOUNTS)**
**FOR THE APPLICATION PERIOD**

| Project Code | Project Category | Total Hours | Total Fees Recorded | Public Service Accommodation[2] | Total Fees Requested |
|---|---|---|---|---|---|
| P01 | Asset Analysis | 12.7 | $7,311.50 | $1,462.30 | $5,849.20 |
| P04 | Case Administration | 98.0 | $69,500.00 | $13,900.00 | $55,600.00 |
| P10 | Forensic Accounting | 8.9 | $4,032.50 | $806.50 | $3,226.00 |
| P11 | Tax Issues | 1.0 | $985.00 | $197.00 | $788.00 |
| | **TOTALS:** | **129.6** | **$81,829.00** | **$16,365.80** | **$65,463.20** |

---

[1]  The public service accommodation is 25% for all project codes.

[2]   The public service accommodation is 20% for all project codes.

1

**P01 - ASSET ANALYSIS AND RECOVERY**
**SUMMARY OF HOURS BILLED BY PROFESSIONALS AND PARAPROFESSIONALS**
**FOR PROJECT CODE P01[1]**

| Professional | Year Admitted | Rate Per Hour | No. of Hrs. | Total Compensation[2] |
|---|---|---|---|---|
| Erik B. Weinick ("EBW") Partner | 2002 | $985.00 | 1.4 | $1,379.00 |
| Michael A. Pantzer ("MAP") Associate | 2017 | $525.00 | 11.3 | $5,932.50 |
| | **TOTAL** | | **12.7** | **$7,311.50** |

---

[1]    The Receiver did not bill any amount for this Project Code during the Application Period.

[2]    These amounts reflect the recorded fees prior to application of the agreed upon fee accommodations.

**P04 – CASE ADMINISTRATION
SUMMARY OF HOURS BILLED BY RECEIVER AND OTTERBOURG
PROFESSIONALS AND PARAPROFESSIONALS
FOR PROJECT CODE P04**

| Professional | Year Admitted | Rate Per Hour | No. of Hrs.[1] | Total Compensation[2] |
|---|---|---|---|---|
| Melanie L. Cyganowski ("MLC") Partner | 1982 | $1,620.00 | 4.6 | $7,452.00 |
| Erik B. Weinick ("EBW") Partner | 2002 | $985.00 | 46.3 | $45,605.50 |
| Michael A. Pantzer ("MAP") Associate | 2017 | $525.00 | 29.3 | $15,382.50 |
| Jessica K. Hildebrandt ("JKH") Paralegal | N/A | $380.00 | 22.4 | $8,512.00 |
| | **TOTAL** | | **102.6** | **$76,952.00** |

---

[1]    Because this is a joint application, the time detailed includes time for Melanie L. Cyganowski as Receiver and time for Otterbourg professionals and paraprofessionals.

[2]    These amounts reflect the recorded fees prior to application of the agreed upon fee accommodations.

1

**P10 – FORENSIC ACCOUNTING**
**SUMMARY OF HOURS BILLED BY PROFESSIONALS AND PARAPROFESSIONALS**
**FOR PROJECT CODE P10[1]**

| Professional | Year Admitted | Rate Per Hour | No. of Hrs. | Total Compensation[2] |
|---|---|---|---|---|
| Erik B. Weinick ("EBW") Partner | 2002 | $985.00 | .5 | $492.50 |
| Michael A. Pantzer ("MAP") Associate | 2017 | $525.00 | 2.4 | $1,260.00 |
| Jessica K. Hildebrandt ("JKH") Paralegal | N/A | $380.00 | 6.0 | $2,280.00 |
| | **TOTAL** | | **8.9** | **$4,032.50** |

---

[1]    The Receiver did not bill any amount for this Project Code during the Application Period.

[2]    These amounts reflect the recorded fees prior to application of the agreed upon fee accommodations.

1

**P11 – TAX ISSUES**
**SUMMARY OF HOURS BILLED BY PROFESSIONALS AND PARAPROFESSIONALS**
**FOR PROJECT CODE P11[1]**

| Professional | Year Admitted | Rate Per Hour | No. of Hrs. | Total Compensation[2] |
|---|---|---|---|---|
| Erik B. Weinick ("EBW") Partner | 2002 | $985.00 | 1.0 | $985.00 |
| | **TOTAL** | | **1.0** | **$985.00** |

---

[1]    The Receiver did not bill any amount for this Project Code during the Application Period.

[2]    These amounts reflect the recorded fees prior to application of the agreed upon fee accommodations.

1