## **EXHIBIT D**

Receiver Time Records

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

October 20, 2023
BILL NO. 234730

Client/Matter No.:    22133/0901
Matter Name:          SEC V LEGEND VENTURE PARTNERS
Billing Partner:      RG HADDAD

For Services Rendered Through September 30, 2023:

| Phase: P04 | | Case Administration |
|---|---|---|

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/08/23 MLC | Conference call(s) Re: Legend - Conference call with MAP, EBW and PF re: initial steps to take | .30 | 486.00 |
| 07/08/23 MLC | Review Documents Re: Legend - Review of draft "litigation hold" email to officers | .30 | 486.00 |
| 07/10/23 MLC | Conference call(s) Re: Legend - Conference call with PF, EBW and SEC re: receivership order | .50 | 810.00 |
| 07/10/23 MLC | Conference call(s) Re: Legend - Conference call with PF and EBW to prepare for call with SEC and to discuss next steps re defendants | .40 | 648.00 |
| 07/12/23 MLC | Review Documents Re: Legend - Review of EBW memo re: next steps | .40 | 648.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:  22133/0901                                      October 20, 2023
Page 2                                                          BILL NO. 234730

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/14/23 MLC | Correspondence<br>Correspondence with EBW and PF re: next steps | .30 | 486.00 |
| 07/31/23 MLC | Review Documents<br>Review of memo outlining steps taken re: new receivership | .50 | 810.00 |
| 08/01/23 MLC | Revision of Documents<br>Review and revisions to draft letter to investors | .60 | 972.00 |
| 08/02/23 MLC | Review Documents<br>Review of Status Report letter | .70 | 1,134.00 |
| 09/27/23 MLC | Conference call(s)<br>Team meeting | .60 | 972.00 |

TOTAL PHASE P04                                     4.60            $7,452.00


                                    TOTAL FOR SERVICES            $7,452.00


                                    TOTAL THIS STATEMENT          $7,452.00