# **EXHIBIT E**

Otterbourg Time Records

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

October 19, 2023

Client/Matter No.:    22133/0902                    BILL NO. 234704
Matter Name:          COUNSEL TO RECEIVER
Billing Partner:      RG HADDAD

For Services Rendered Through September 30, 2023:

| Phase: P01 | | Asset Analysis & Recovery | |
|---|---|---|---|

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/26/23 EBW | Correspondence<br>Administrative – preparation of document preservation and turnover demands. | .20 | 197.00 |
| 08/03/23 MAP | Correspondence<br>Review documents and correspondence regarding Legend's investment in Triller. | .60 | 315.00 |
| 09/22/23 MAP | Review Documents<br>Investigations into Legends pre-receivership financial affairs, including purchase of interests in pre-ipo companies and email correspondence with P. Feldman regarding the same. | 1.50 | 787.50 |
| 09/22/23 MAP | Telephone Call(s)<br>Call with PF to discuss Legend's purchase of interests in pre-ipo shares. | .60 | 315.00 |
| 09/24/23 MAP | Draft/revise<br>Review documents and draft letter to counter-party regarding pre-receivership agreements to purchase pre-ipo shares. | 1.70 | 892.50 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:  22133/0902                           October 19, 2023
Page 2                                                BILL NO. 234704

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/25/23 MAP | Draft/revise Revise letter to counter-party to pre-receivership purchase agreement regarding interests in pre-ipo shares. | 1.70 | 892.50 |
| 09/26/23 MAP | Draft/revise Revise letter to counter-party to pre-receivership Pre-IPO Purchase agreements. | 2.70 | 1,417.50 |
| 09/27/23 MAP | Correspondence Revise letter to counsel for counter-party to subscription agreements. | .50 | 262.50 |
| 09/28/23 EBW | Correspondence Securities - attention securities issues | 1.20 | 1,182.00 |
| 09/28/23 MAP | Draft/revise Revise letter to counter-party to pre-ipo purchase agreements. | 1.50 | 787.50 |
| 09/28/23 MAP | Correspondence Correspondence with Otterbourg team regarding telephone discussion with counter-party to pre-ipo purchase agreements. | .40 | 210.00 |
| 09/28/23 MAP | Telephone Call(s) Call with Counsel to pre-ipo purchase agreements to discuss document request. | .10 | 52.50 |

TOTAL PHASE P01                                      12.70         $7,311.50

## OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:  22133/0902                           October 19, 2023
Page 3                                               BILL NO. 234704

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|

Phase: P04                                    Case Administration

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/07/23 EBW | Correspondence Administrative – communication with Receiver and Otterbourg team regarding initial steps. | .30 | 295.50 |
| 07/07/23 EBW | Analysis of Legal Papers Administrative – review of receivership order as entered. | .60 | 591.00 |
| 07/07/23 EBW | Correspondence Administrative – attention to initial steps regarding implementation of Receivership Order. | .30 | 295.50 |
| 07/07/23 EBW | Correspondence Administrative – preparation of correspondence to counsel for Individuals regarding Receivership Order. | .80 | 788.00 |
| 07/07/23 MAP | Review Documents Review Receivership Order and Correspondence with Receiver and Otterbourg team regarding Receivership. | .30 | 157.50 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:  22133/0902                                    October 19, 2023
Page 4                                                        BILL NO. 234704

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/08/23 EBW | Telephone Call(s) Administrative – teleconference with Receiver and Otterbourg team regarding initial steps. | .40 | 394.00 |
| 07/08/23 EBW | Correspondence Administrative – correspondence to counsel for Individuals regarding implementation of Receivership Order. | 1.10 | 1,083.50 |
| 07/08/23 EBW | Correspondence Administrative – attention to initial steps regarding implementation of Receivership Order, including communication with potential financial advisor and noticing agent. | 1.10 | 1,083.50 |
| 07/08/23 MAP | Correspondence Correspondence with Otterbourg team regarding initial steps in Legend Receivership. | .50 | 262.50 |
| 07/10/23 EBW | Telephone Call(s) Administrative - strategy call with Receiver and P. Feldman. | .50 | 492.50 |
| 07/10/23 EBW | Telephone Call(s) Administrative – teleconference with counsel for Individuals regarding Receiver's demands, and follow up correspondence. | .80 | 788.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:  22133/0902                                    October 19, 2023
Page 5                                                        BILL NO. 234704

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/10/23 EBW | Correspondence<br>Administrative – attention to securing bank accounts and documents, and other initial matters. | 2.50 | 2,462.50 |
| 07/10/23 EBW | Preparation of Legal Papers<br>Administrative – attention to issues in connection with filing of Receivership Order. | .50 | 492.50 |
| 07/10/23 EBW | Telephone Call(s)<br>Administrative – teleconference with SEC regarding status. | .50 | 492.50 |
| 07/10/23 JKH | Prepare Papers<br>Prepare notice of appearance for receiver | .40 | 152.00 |
| 07/10/23 JKH | Review Documents<br>Review receivership order | .80 | 304.00 |
| 07/10/23 MAP | Telephone Call(s)<br>Call with Legend's former counsel regarding Receivership. | .50 | 262.50 |
| 07/10/23 MAP | Telephone Call(s)<br>Call with P. Feldman and E. Weinick regarding call with Legend's former counsel. | .20 | 105.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:  22133/0902                                October 19, 2023
Page 6                                                     BILL NO. 234704

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/10/23 MAP | Correspondence<br>Correspondence with E. Weinick regarding initial steps in Receivership | .20 | 105.00 |
| 07/11/23 EBW | Correspondence<br>Administrative – attention to initial tasks including filing/service of orders, transfer of bank accounts and electronic systems. | 4.50 | 4,432.50 |
| 07/11/23 EBW | Conference out of Office<br>Administrative – attendance at retrieval of materials from Legend office, including laptops, and preparation of declaration/inventory regarding same. | 3.00 | 2,955.00 |
| 07/11/23 JKH | Prepare Papers<br>District Court Filing - research regarding filing of receivership order in all district courts; prepare filing for main jurisdictions; look up addresses for other courts for potential mailing | 4.80 | 1,824.00 |
| 07/11/23 JKH | Review Documents<br>Review memo appointing receiver | .30 | 114.00 |
| 07/11/23 JKH | Prepare Papers<br>Prepare notice of appearance for Otterbourg | .30 | 114.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

Client/Matter:  22133/0902                         October 19, 2023
Page 7                                             BILL NO. 234704

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/12/23 EBW | Correspondence Administrative – attention to initial matters, including coordination of closure of office, communications regarding website, review of bank account status, service of order, filing of order, preparation of declaration regarding office contents, updates to Receiver, and misc. matters. | 4.50 | 4,432.50 |
| 07/12/23 JKH | Prepare Papers District Court Filings - continued preparation of notice of receivership in other district courts | 1.10 | 418.00 |
| 07/13/23 EBW | Correspondence Administrative – attention to data retrieval, notice of receivership, review of documents retrieved from office, correspondence with counsel and other matters relating to initiation of receivership, including correspondence with individuals and entities potentially in possession of information and/or assets. | 4.50 | 4,432.50 |
| 07/13/23 JKH | Prepare Papers Review emails and prepare chart re: individuals served | .60 | 228.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:  22133/0902                          October 19, 2023
Page 8                                              BILL NO. 234704

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/14/23 EBW | Correspondence<br>Administrative – preparation of correspondence to individuals and entities with potential information and/or assets, and attention to additional initial tasks. | 1.50 | 1,477.50 |
| 07/14/23 EBW | Telephone Call(s)<br>Administrative – attention to termination of office lease. | .40 | 394.00 |
| 07/14/23 JKH | Prepare Papers<br>District Court Filings – prepare mailing to courts re: receivership order | .80 | 304.00 |
| 07/14/23 JKH | Research<br>Review UPS website and set up mail forwarding | .40 | 152.00 |
| 07/14/23 MAP | Correspondence<br>Correspondence with E. Weinick regarding communications with Investors. | .20 | 105.00 |
| 07/14/23 MAP | Telephone Call(s)<br>Call with Legend's former tax accountant. | .10 | 52.50 |
| 07/17/23 EBW | Conference(s) in Office<br>Administrative – team meeting regarding status and strategy. | 1.00 | 985.00 |

## OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:  22133/0902                                    October 19, 2023
Page 9                                                        BILL NO. 234704

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/17/23 EBW | Conference(s) in Office Administrative – attention to retrieval of electronic documents and information. | 1.00 | 985.00 |
| 07/17/23 EBW | Correspondence Investors – review of investor correspondence. | .50 | 492.50 |
| 07/17/23 JKH | Research Research pacer and finra re: certain individuals and prepare summary email | 1.20 | 456.00 |
| 07/17/23 JKH | Conference call(s) Weekly status call | .60 | 228.00 |
| 07/17/23 MAP | Conference call(s) Call with Otterbourg and Stout team regarding Receivership status and strategy. | .60 | 315.00 |
| 07/17/23 MAP | Correspondence Listen to investor voice mails left with Legend phone number. | .60 | 315.00 |
| 07/18/23 EBW | Telephone Call(s) Administrative – teleconference with P. Feldman regarding status and strategy. | .50 | 492.50 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:  22133/0902                              October 19, 2023
Page 10                                                 BILL NO. 234704

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/18/23 EBW | Correspondence<br>Administrative – attention to initial case matters, including obtaining documents and distributing receivership order. | 1.50 | 1,477.50 |
| 07/18/23 JKH | Research<br>Research re: ability to forward FedEx packages and sending email re same | .50 | 190.00 |
| 07/19/23 EBW | Correspondence<br>Investors – attention to investor communications. | .20 | 197.00 |
| 07/20/23 JKH | Review Documents<br>Email and telephone communications re: Accellion files; review and download documents | .70 | 266.00 |
| 07/20/23 MAP | Correspondence<br>Correspondence with Otterbourg team regarding administration of Legend Receivership. | .50 | 262.50 |
| 07/20/23 MAP | Manage data/files<br>Manage data in connection with administration of Receivership. | .30 | 157.50 |
| 07/21/23 EBW | Correspondence<br>Investors – attention to investor communications. | .30 | 295.50 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

Client/Matter: 22133/0902                                          October 19, 2023
Page 11                                                            BILL NO. 234704

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/21/23 EBW | Correspondence Administrative – correspondence regarding office lease termination. | .60 | 591.00 |
| 07/21/23 JKH | Prepare Papers Prepare cover letter re: return of office keys | .40 | 152.00 |
| 07/24/23 EBW | Conference(s) in Office Plan – weekly team status and strategy session. | .50 | 492.50 |
| 07/24/23 JKH | Conference call(s) Weekly status call | .50 | 190.00 |
| 07/24/23 MAP | Conference call(s) Meeting with Ottebourg and Stout team regarding case administration and status. | .50 | 262.50 |
| 07/24/23 MAP | Correspondence Correspondence with A. Smuts regarding investor communications. | .20 | 105.00 |
| 07/26/23 EBW | Correspondence Investors – attention to investor communications. | .30 | 295.50 |
| 07/26/23 JKH | Prepare Papers District Court Filings - prepare chart re: status of district court filings | .50 | 190.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY 10169-0075

Client/Matter: 22133/0902                                      October 19, 2023
Page 12                                                        BILL NO. 234704

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/27/23 EBW | Correspondence<br>Administrative – preparation of document preservation and turnover demands. | .80 | 788.00 |
| 07/27/23 MAP | Draft/revise<br>Draft letters to investors regarding Receivership. | 1.70 | 892.50 |
| 07/28/23 EBW | Correspondence<br>Investors - correspondence to investors | .60 | 591.00 |
| 07/28/23 EBW | Correspondence<br>Administrative – correspondence with potential custodians of documents. | .40 | 394.00 |
| 07/28/23 MAP | Draft/revise<br>Revisions and correspondence regarding introductory letter to investors. | .80 | 420.00 |
| 07/28/23 MAP | Draft/revise<br>Revisions and correspondence regarding letters to Legend's former counsel. | .90 | 472.50 |
| 07/28/23 MAP | Draft/revise<br>Review and revise Form 56 (notice of appointment of Receiver) and correspondence regarding signature. | 1.00 | 525.00 |
| 07/28/23 MAP | Correspondence<br>Correspondence regarding document review. | .20 | 105.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:  22133/0902                          October 19, 2023
Page 13                                             BILL NO. 234704

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/31/23 EBW | Conference(s) in Office<br>Administrative – weekly status and strategy call with team. | .40 | 394.00 |
| 07/31/23 EBW | Telephone Call(s)<br>SEC – teleconference with SEC regarding status. | .10 | 98.50 |
| 07/31/23 EBW | Correspondence<br>Administrative – correspondence regarding office termination. | .30 | 295.50 |
| 07/31/23 MAP | Correspondence<br>Correspondence regarding document review. | .20 | 105.00 |
| 07/31/23 MAP | Correspondence<br>Review orders approving retention of professionals and correspondence regarding the same. | .20 | 105.00 |
| 07/31/23 MAP | Draft/revise<br>Revise status report to Court. | 1.90 | 997.50 |
| 07/31/23 MAP | Telephone Call(s)<br>Call with Legend's former counsel and follow-up correspondence with E. Weinick and P. Feldman regarding the same. | .40 | 210.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:  22133/0902                          October 19, 2023
Page 14                                             BILL NO. 234704

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 08/01/23 EBW | Correspondence Administrative – preparation of correspondence (status report) to the Court. | .20 | 197.00 |
| 08/01/23 EBW | Correspondence Administrative – correspondence with various parties regarding turnover of documents. | .90 | 886.50 |
| 08/01/23 JKH | Prepare Papers Review reports and prepare summary/timeline of procedural history and assets | 5.40 | 2,052.00 |
| 08/01/23 MAP | Draft/revise Revise letter to investors and correspondence with Receiver and Stout team regarding the same. | 1.40 | 735.00 |
| 08/01/23 MAP | Correspondence Correspondence regarding telephone call with Legend's former counsel. | .20 | 105.00 |
| 08/01/23 MAP | Correspondence Correspondence regarding Legend email addresses. | .20 | 105.00 |
| 08/01/23 MAP | Draft/revise Revise Letter to Court regarding status report. | .70 | 367.50 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:  22133/0902                      October 19, 2023
Page 15                                          BILL NO. 234704

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 08/01/23 MAP | Review Documents<br>Review documents and docket entries in Legend v. Meyer Action. | .20 | 105.00 |
| 08/01/23 MAP | Review Documents<br>Review Documents turned over to the estate by prior counsel. | .40 | 210.00 |
| 08/02/23 EBW | Correspondence<br>Administrative – correspondence with team regarding status report to Court. | 1.50 | 1,477.50 |
| 08/02/23 JKH | Prepare Papers<br>Status Report - prepare chambers copies and cover letter | .40 | 152.00 |
| 08/02/23 MAP | Draft/revise<br>Revise, finalize and file letter to court regarding status report. | .90 | 472.50 |
| 08/02/23 MAP | Correspondence<br>Correspondence regarding receivership entities' email addresses. | .50 | 262.50 |
| 08/02/23 MAP | Correspondence<br>Correspondence with P. Feldman and E. Weinick regarding communications with former counsel. | .40 | 210.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:  22133/0902                     October 19, 2023
Page 16                                          BILL NO. 234704

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 08/02/23 MAP | Conference call(s) Conference call with E. Weinick and Stout team regarding various matters related to investor communications. | .30 | 157.50 |
| 08/03/23 MAP | Correspondence Correspondence regarding status report. | .10 | 52.50 |
| 08/03/23 MAP | Telephone Call(s) Call with Legend former counsel regarding keys to office space. | .10 | 52.50 |
| 08/03/23 MAP | Correspondence Correspondence with E. Weinick regarding call with Legend's former counsel. | .20 | 105.00 |
| 08/07/23 MAP | Correspondence Correspondence with J. Hildebrandt regarding BRG Retention. | .20 | 105.00 |
| 08/08/23 JKH | Prepare Papers Retention Applications - prepare application and related papers for BRG | 2.40 | 912.00 |
| 08/15/23 MAP | Draft/revise Draft application to Employ BRG as Tax Advisor. | 1.90 | 997.50 |
| 08/16/23 MAP | Draft/revise Review and revise engagement agreement with BRG as tax advisor. | .60 | 315.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:  22133/0902                                    October 19, 2023
Page 17                                                       BILL NO. 234704

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 08/16/23 MAP | Correspondence<br>Correspondence with E. Weinick regarding issues related to document review. | .20 | 105.00 |
| 08/17/23 MAP | Draft/revise<br>Revise application to employ BRG as tax advisor. | .90 | 472.50 |
| 08/18/23 MAP | Review Documents<br>Review documents related to Legend and correspondence with Stout team regarding the same. | .50 | 262.50 |
| 08/18/23 MAP | Draft/revise<br>Revise application to employ BRG as tax advisor. | .90 | 472.50 |
| 08/22/23 EBW | Telephone Call(s)<br>Plan – strategy teleconference with M. Pantzer. | .40 | 394.00 |
| 08/22/23 EBW | Correspondence<br>Investors – attention to investor communications. | .60 | 591.00 |
| 08/22/23 MAP | Draft/revise<br>Revise application to employ BRG as tax advisor. | .80 | 420.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:  22133/0902                                    October 19, 2023
Page 18                                                       BILL NO. 234704

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 08/23/23<br>MAP | Draft/revise<br>Revise application to employ BRG as tax<br>advisor. | .30 | 157.50 |
| 08/24/23<br>MAP | Draft/revise<br>Finalize application to Employ BRG as tax<br>advisor. | 1.20 | 630.00 |
| 09/12/23<br>EBW | Telephone Call(s)<br>Plan – video conference with team regarding<br>status and strategy (EBW portion). | .70 | 689.50 |
| 09/12/23<br>EBW | Correspondence<br>Litigation – correspondence with SEC and<br>Receiver regarding service. | .20 | 197.00 |
| 09/12/23<br>MAP | Correspondence<br>Correspondence with Otterbourg team<br>regarding waiver of service of summons. | .40 | 210.00 |
| 09/12/23<br>MAP | Correspondence<br>Review Order approving retention of BRG and<br>correspondence regarding the same. | .10 | 52.50 |
| 09/12/23<br>MAP | Telephone Call(s)<br>Call with Otterbourg and Stout team<br>regarding case status and strategy. | 1.00 | 525.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:  22133/0902                                    October 19, 2023
Page 19                                                       BILL NO. 234704

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/13/23 EBW | Correspondence Administrative – correspondence with SEC regarding waiver of service, preparation of same, and preparation of correspondence to Court regarding same. | .80 | 788.00 |
| 09/13/23 MAP | Correspondence Correspondence regarding time to file answer to complaint. | .10 | 52.50 |
| 09/14/23 MAP | Correspondence Correspondence with Receiver regarding extension of time to answer complaint. | .20 | 105.00 |
| 09/19/23 MAP | Review Documents Review documents in connection with management of receivership estate. | .20 | 105.00 |
| 09/21/23 EBW | Correspondence Administrative – attention to case status and strategy. | .60 | 591.00 |
| 09/26/23 EBW | Telephone Call(s) Administrative – status and strategy call with team. | .90 | 886.50 |
| 09/26/23 EBW | Review Documents Assets – attention to asset analysis. | 1.40 | 1,379.00 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:  22133/0902                                    October 19, 2023
Page 20                                                       BILL NO. 234704

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/26/23 MAP | Conference call(s) Call with Otterbourg and Stout to discuss case status and strategy. | .90 | 472.50 |
| 09/27/23 EBW | Telephone Call(s) Administrative – status and strategy call with Receiver and team. | .30 | 295.50 |
| 09/27/23 EBW | Telephone Call(s) SEC – status call with SEC. | .50 | 492.50 |
| 09/27/23 EBW | Telephone Call(s) SEC – post SEC call internal call. | .50 | 492.50 |
| 09/27/23 JKH | Conference call(s) Internal weekly status call | .30 | 114.00 |
| 09/27/23 MAP | Telephone Call(s) Call with the SEC to discuss case status. | .50 | 262.50 |
| 09/27/23 MAP | Telephone Call(s) Call with P. Feldman and E. Weinick to discuss case status and strategy. | .50 | 262.50 |
| 09/27/23 MAP | Conference call(s) Meeting with Receiver, Otterbourg, and Stout to discuss case status and strategy (includes Otterbourg only time). | .30 | 157.50 |

TOTAL PHASE P04                                                98.00      $69,500.00

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:  22133/0902                              October 19, 2023
Page 21                                                 BILL NO. 234704

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|

Phase: P10                                          Forensic Accounting

| DATE ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 07/14/23 EBW | Telephone Call(s) Forensics – teleconference with legacy accountant and correspondence with team regarding same. | .50 | 492.50 |
| 08/07/23 JKH | Review Documents Review production. | 3.30 | 1,254.00 |
| 08/08/23 JKH | Review Documents Review document production. | 2.70 | 1,026.00 |
| 09/20/23 MAP | Review Documents Investigations into pre-receivership financial affairs. | .20 | 105.00 |
| 09/26/23 MAP | Research Investigations into Legend's pre-receivership financial affairs. | 1.50 | 787.50 |
| 09/26/23 MAP | Telephone Call(s) Calls with P. Feldman regarding investigations into Legend. | .30 | 157.50 |
| 09/27/23 MAP | Telephone Call(s) Phone call with P. Feldman to discuss Legend investigations. | .30 | 157.50 |

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:  22133/0902                                    October 19, 2023
Page 22                                                        BILL NO. 234704

| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 09/28/23<br>MAP | Review Documents<br>Investigations into pre-receivership<br>financial affairs. | .10 | 52.50 |
| TOTAL PHASE P10 | | 8.90 | $4,032.50 |

| Phase: P11 | | | Tax Issues |
|---|---|---|---|
| DATE<br>ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
| 07/27/23<br>EBW | Telephone Call(s)<br>Taxes – attention to tax matters. | .80 | 788.00 |
| 09/13/23<br>EBW | Correspondence<br>Taxes – attention to tax preparation. | .20 | 197.00 |
| TOTAL PHASE P11 | | 1.00 | $985.00 |

TOTAL FOR SERVICES                           $81,829.00