# **EXHIBIT F**

Expense Summary

## SUMMARY OF ACTUAL AND NECESSARY DISBURSEMENTS FOR THE APPLICATION PERIOD

| Expense Category | Service Provider (if applicable) | Total Expenses[1] |
|---|---|---|
| Air Freight | Federal Express | $395.75 |
| Filing Fees, Court | | $147.00 |
| Miscellaneous | Best Buy (hard drives) | $180.72 |
| Transportation | | $254.82 |
| Outside Messenger | Champion Courier | $58.00 |
| **TOTAL:** | | **$1,036.29** |

---

[1]    The date that appears on the detail associated with a particular disbursement is as to certain disbursements the date the disbursement is recorded in Otterbourg computer records and not the actual date the disbursement was incurred.

1