**EXHIBIT G**

Otterbourg Expense Record

OTTERBOURG P.C.

230 PARK AVENUE
NEW YORK, NY  10169-0075

Client/Matter:  22133/0902                                      October 19, 2023
Page 23                                                          BILL NO. 234704

DISBURSEMENTS FOR YOUR ACCOUNT

    Filing Fees, Court                                           147.00

    Miscellaneous                                                180.72

    Air Freight                                                  395.75

    Transportation                                               254.82

    Outside Messenger                                             58.00
                                                             _____

                                   TOTAL DISBURSEMENTS          1,036.29


                                   TOTAL THIS STATEMENT        $82,865.29