UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,  :
:
                    Plaintiff,  :
:
  -v-  :    No. 1:23-cv-05326-LAK
:
LEGEND VENTURE PARTNERS LLC,  :
:
                    Defendant.  :
-------------------------------------------------------------X

### NOTICE OF SECOND INTERIM APPLICATION OF BERKELEY RESEARCH GROUP, LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED DURING THE PERIOD OCTOBER 1, 2023 THROUGH AND INCLUDING DECEMBER 31, 2023

**PLEASE TAKE NOTICE** that Berkeley Research Group, LLC ("*Applicant*") as tax advisor to Melanie L. Cyganowski in her capacity as receiver (the "*Receiver*") will move before the Honorable Lewis A. Kaplan, United States District Judge for the United States District Court for the Southern District of New York (the "*Court*"), located at Daniel Patrick Moynihan United States Court House, 500 Pearl Street, New York, NY 10007-1312 for entry of an order approving the Second Interim Application of Berkeley Research Group, LLC for Allowance of Compensation and Reimbursement of Expenses Incurred During the Period October 1, 2023 Through and Including December 31, 2023 (the "*Application*").[1]

**PLEASE TAKE FURTHER NOTICE** that any opposition to the Application must be (i) made in writing; (ii) filed with the Court; and (iii) electronically mailed to the Receiver's counsel, at the e-mail address eweinick@otterbourg.com, so as to be actually received no later than **February 28, 2024**.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to such term in the Application.

1

**PLEASE TAKE FURTHER NOTICE** that, in the absence of any timely filed or served written opposition, the Court may approve the proposed Order Approving Second Interim Application of Berkeley Research Group, LLC for Allowance of Compensation and Reimbursement of Expenses Incurred During the Period October 1, 2023 Through and Including December 31, 2023 submitted herewith, without further hearing or notice.

Dated:  February 14, 2024

By: By: */s/ Erik B. Weinick*
Erik B. Weinick
230 Park Avenue
New York, New York 10169
Tel.: (212) 661-9100
Fax: (212) 682-6104
eweinick@otterbourg.com

Counsel for Melanie L. Cyganowski, in her capacity as Receiver