UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION, :

                Plaintiff,

-v-                                                                    :     No. 1:23-cv-05326-LAK

LEGEND VENTURE PARTNERS LLC,            :

                Defendant.           :
-------------------------------------------------------------X

[PROPOSED]
ORDER APPROVING FIRST
INTERIM APPLICATION OF BERKELEY RESEARCH GROUP, LLC
FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES INCURRED DURING THE PERIOD
AUGUST 18, 2023 THROUGH AND INCLUDING SEPTEMBER 30, 2023

THIS MATTER coming before the Court on the First Interim Application of Berkeley Research Group, LLC ("BRG") as tax advisor to Melanie L. Cyganowski, the court appointed receiver herein (the "Receiver"), for Allowance of Compensation and Reimbursement of Expenses Incurred During the Period August 18, 2023 through and Including September 30, 2023 (the "Interim Application").[1] [Dkt. No. 74]; and the Court having considered the Interim Application and exhibits and other documents filed in support of the Interim Application; and the Court having found that the Interim Application complies with applicable standards for awarding fees and expenses; and after due deliberation and for good and sufficient cause shown; it is hereby

**ORDERED** that the Interim Application for the period covering August 18, 2023 through September 30, 2023 (the "Application Period") is granted; and it is further

---

[1] Capitalized terms utilized but not otherwise defined herein shall have the meaning ascribed to them in the Interim Application

7656788.1

ORDERED that the fees requested by BRG for the Application Period are allowed on an interim basis in the amount of $32,090.40 (the "Allowed Fees"); and it is further

ORDERED that BRG's request for reimbursement of its out-of-pocket expenses for the Application Period is allowed on an interim basis in the amount of $457.22; and it is further

ORDERED that the Receiver will not pay any portion of the Allowed Fees or allowed out of pocket expenses until further Court Order authorizing the payment of the Allowed Fees less the Holdback Amount and allowed out-of-pocket expenses.

**SO ORDERED.**

Dated: 2/21, 2024
New York, New York

_____
Hon. Lewis A. Kaplan
United States District Judge