UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x

SECURITIES EXCHANGE COMMISSION,

                Plaintiff,

     -against-                                     23-cv-05326 (LAK)

LEGEND VENTURE PARTNERS LLC,

                Defendant.
------------------------------------------x

# ORDER

LEWIS A. KAPLAN, *District Judge.*

     1.     Any response to the Receiver's motion to compel turnover of records in compliance with the receivership order (Dkt 83) shall be filed no later than May 20, 2024 at 10:30 a.m.

     2.     Any reply in support of the motion shall be filed no later than May 22, 2024 at 10:30 a.m.

     3.     The Court will hear argument on the motion in Courtroom 21B at 11:30 a.m. on May 23, 2024.

     SO ORDERED.

Dated:     May 16, 2024

                                               /s/ Lewis A. Kaplan
                                             Lewis A. Kaplan
                                          United States District Judge