UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SECURITIES EXCHANGE COMMISSION,

Plaintiff,

-against-                                                    23-cv-05326 (LAK)

LEGEND VENTURE PARTNERS LLC,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/24

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The individuals against whom the Receiver has moved to compel turnover of records in compliance with the receivership order (Dkt 83) (the "Motion") is extended as set forth below despite the Court's concern that the request for extension is a dilatory tactic, and reflects gamesmanship, for the reasons spelled out in the Motion and the Receiver's opposition.

        1.    The time for the filing of any response to the Motion shall be filed no later than May 24, 2024 at 10:30 a.m.

        2.    Any reply in support of the Motion shall be filed no later than May 29, 2024 at 10:30 a.m.

        3.    The argument on the Motion is adjourned until May 30, 2024.

        SO ORDERED.

Dated:     May 22, 2024

Lewis A. Kaplan
United States District Judge