**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION, :
                                                            :
                          Plaintiff,                        :
                                                            :
         -v-                                                :          No. 1:23-cv-05326-LAK
                                                            :
LEGEND VENTURE PARTNERS LLC,                                :
                                                            :
                          Defendant.                        :
----------------------------------------------------------------X

[PROPOSED]→
ORDER APPROVING THIRD
JOINT INTERIM APPLICATION OF THE RECEIVER AND
OTTERBOURG P.C. FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES INCURRED DURING THE PERIOD
JANUARY 1, 2024 THROUGH AND INCLUDING MARCH 31, 2024

THIS MATTER coming before the Court on the Third Joint Interim Application of Melanie

L. Cyganowski, the receiver (the "Receiver"), and Otterbourg P.C. ("Otterbourg"), counsel for the

Receiver, for Allowance of Compensation and Reimbursement of Expenses Incurred During the

Period January 1, 2024 through and Including March 31, 2024 (the "Interim Application")[1] [Dkt.

No. 85]; and the Court having considered the Interim Application and exhibits and other

documents filed in support of the Interim Application; and the Court having found that the Interim

Application complies with applicable standards for awarding fees and expenses; and after due

deliberation and for good and sufficient cause shown; it is hereby

ORDERED that the Interim Application for the period covering January 1, 2024 through

March 31, 2024 (the "Application Period") is granted; and it is further

---

[1] Capitalized terms utilized but not otherwise defined herein shall have the meaning ascribed to them in the Interim Application

1

**ORDERED** that the Receiver's compensation for the Application Period is allowed on an interim basis in the amount of $364.50 (the "Allowed Receiver Fees"); and it is further

**ORDERED** that the fees requested by Otterbourg for the Application Period are allowed on an interim basis in the amount of $23,850.00 (the "Allowed Otterbourg Fees" and, together with the Allowed Receiver Fees, the "Allowed Fees"); and it is further

**ORDERED** that Otterbourg's request for reimbursement of its out-of-pocket expenses for the Application Period is allowed on an interim basis in the amount of $3,353.84 (the "Allowed Expenses"); and it is further

**ORDERED** that the Receiver will not pay any portion of the Allowed Fees or Allowed Expenses until further Court Order authorizing the payment of the Allowed Fees and Allowed Expenses, except for the Holdback Amount, which will not be paid until the conclusion of the Receivership if and to the extent allowed by the Court.

**SO ORDERED.**

Dated: _____ 6/11 , 2024
        New York, New York

Hon. Lewis A. Kaplan
United States District Judge