UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION, :

                Plaintiff,           :

     -v-                                :     No. 1:23-cv-05326-LAK

LEGEND VENTURE PARTNERS LLC,     :

                Defendant.       :
------------------------------------------------------------X

[PROPOSED]
ORDER APPROVING SIXTH INTERIM APPLICATION OF
OTTERBOURG P.C. FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES INCURRED DURING THE PERIOD
OCTOBER 1, 2024 THROUGH AND INCLUDING DECEMBER 31, 2024

THIS MATTER coming before the Court on the Sixth Interim Application of Otterbourg P.C. ("Otterbourg"), counsel for Melanie L. Cyganowski, the receiver (the "Receiver"), for Allowance of Compensation and Reimbursement of Expenses Incurred During the Period October 1, 2024 through and Including December 31, 2024 (the "Interim Application")[1] [Dkt. No. 142]; and the Court having considered the Interim Application and exhibits and other documents filed in support of the Interim Application; and the Court having found that the Interim Application complies with applicable standards for awarding fees and expenses; and after due deliberation and for good and sufficient cause shown; it is hereby

**ORDERED** that the Interim Application for the period covering October 1, 2024 through December 31, 2024 (the "Application Period") is granted; and it is further

**ORDERED** that the fees requested by Otterbourg for the Application Period are allowed on an interim basis in the amount of $9,728.00 (the "Allowed Fees"); and it is further

---

[1] Capitalized terms utilized but not otherwise defined herein shall have the meaning ascribed to them in the Interim Application.

1

**ORDERED** that Otterbourg's request for reimbursement of its out-of-pocket expenses for the Application Period is allowed on an interim basis in the amount of $345.98 (the "Allowed Expenses"); and it is further

**ORDERED** that the Receiver will not pay any portion of the Allowed Fees or Allowed Expenses until further Court Order authorizing the payment of the Allowed Fees and Allowed Expenses, except for the Holdback Amount, which will not be paid until the conclusion of the Receivership if and to the extent allowed by the Court.

**SO ORDERED.**

Dated: 3/17, 2025
New York, New York

Hon. Lewis A. Kaplan
United States District Judge

2