UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION, :
:
               Plaintiff, :
:
-v- : No. 1:23-cv-05326-LAK
:
LEGEND VENTURE PARTNERS LLC, :
:
               Defendant. :
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-26-25

[PROPOSED]
ORDER GRANTING MOTION TO ESTABLISH PROCEDURES FOR
RESOLUTION OF INTERESTS AND CLAIMS AND SETTING BAR DATES FOR
CLAIMS

Upon consideration of the motion by Melanie L. Cyganowski, as Receiver (the "**Receiver**") of Legend Venture Partners LLC, Legend Ventures Fund 1 LLC, Legend Ventures Fund 2 LLC, Legend Ventures Fund 3 LLC, Legend Ventures Fund 4 LLC, Legend Ventures Fund 5 LLC (collectively, the "**Receivership Entities**"), to Establish Procedures for Resolution of Interests and Claims and Setting Bar Dates for Claims (the "**Motion**"), and the Memorandum of Law in support of the Motion, the accompanying Declaration of Melanie L. Cyganowski with exhibits, any responses or objections to the Motion, and any reply papers in support of the Motion, this Court finds that (i) the relief requested in the Motion is in the best interests of the Receivership Estate; (ii) notice of the Motion was good and reasonable and sufficient under the particular circumstances; and (iii) based upon the record herein and after due deliberation it is hereby

**ORDERED THAT:**

    1.    The Motion is granted in all respects.

    2.    The Receiver is authorized to take all action deemed necessary and appropriate in her discretion to implement the terms of the Procedures for Resolution of Interests and Claims and

1

Setting Bar Dates for Claims (the "**Procedures**") that are the subject of the Motion.

3. The Receiver may alter, amend, or modify the Procedures, without further court order, one or more times, after entry of this Order, if such alteration, amendment or modification does not materially alter the Procedures.

4. All opposition to the Motion not withdrawn or resolved is overruled in all respects.

5. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: New York, New York

       6/26    , 2025

SO ORDERED:

THE HON. LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

2