UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SECURITIES AND EXCHANGE COMMISSION,

            Plaintiff,

       -against-                          23-cv-5326 (LAK)

LEGEND VENTURE PARTNERS LLC,

            Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

       The motion of Robert A. McLauchlan for limited permissive intervention under Federal Rule of Civil Procedure 24(b) (Dkt 227) is denied substantially for the reasons stated in the Receiver's brief in opposition (Dkt 232).

       SO ORDERED.

Dated:      January 27, 2026

                                         Lewis A. Kaplan
                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/27/2026