**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION, :

                Plaintiff,       :

  -v-                      :      No. 1:23-cv-05326-LAK

LEGEND VENTURE PARTNERS LLC,     :

              Defendant.    :
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/17/2

~~[PROPOSED]~~
**ORDER APPROVING NINTH**
**JOINT INTERIM APPLICATION OF THE RECEIVER AND**
**OTTERBOURG P.C. FOR ALLOWANCE OF COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES INCURRED DURING THE PERIOD**
**JULY 1, 2025 THROUGH AND INCLUDING SEPTEMBER 30, 2025**

THIS MATTER coming before the Court on the Eighth Joint Interim Application of Melanie L. Cyganowski, the receiver (the "Receiver"), and Otterbourg P.C. ("Otterbourg"), counsel for the Receiver, for Allowance of Compensation and Reimbursement of Expenses Incurred During the Period July 1, 2025 through and Including September 30, 2025 (the "Interim Application")[19] [Dkt. No. 235]; and the Court having considered the Interim Application and exhibits and other documents filed in support of the Interim Application; and the Court having found that the Interim Application complies with applicable standards for awarding fees and expenses; and after due deliberation and for good and sufficient cause shown; it is hereby

**ORDERED** that the Interim Application for the period covering July 1, 2025 through September 30, 2025 (the "Application Period") is granted; and it is further

---

[19] Capitalized terms utilized but not otherwise defined herein shall have the meaning ascribed to them in the Interim Application

8667412.1

**ORDERED** that fees requested by the Receiver for the Application are allowed on an interim basis in the amount of $7,654.50 (the "Allowed Receiver Fees"); and it is further

**ORDERED** that the fees requested by Otterbourg for the Application Period are allowed on an interim basis in the amount of $156,279.20 (the "Allowed Otterbourg Fees" and, together with the Allowed Receiver Fees, the "Allowed Fees"); and it is further

**ORDERED** that Otterbourg's request for reimbursement of its out-of-pocket expenses for the Application Period is allowed on an interim basis in the amount of $2,347.49 (the "Allowed Expenses"); and it is further

**ORDERED** that the Receiver will not pay any portion of the Holdback Amount until the conclusion of the Receivership if and to the extent allowed by the Court.

**SO ORDERED.**

Dated: _____, 2026
       New York, New York

Hon. Lewis A. Kaplan
United States District Judge