UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6-17-26_

-------------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION, :

           Plaintiff,         :

           :

-v-           :    No. 1:23-cv-05326-LAK

           :

LEGEND VENTURE PARTNERS LLC,    :

           :

           Defendant.    :

-------------------------------------------------------------X

## [PROPOSED]
## ORDER APPROVING ELEVENTH
## INTERIM APPLICATION OF BERKELEY RESEARCH GROUP, LLC
## FOR ALLOWANCE OF COMPENSATION AND
## REIMBURSEMENT OF EXPENSES INCURRED DURING THE PERIOD
## JANUARY 1, 2026 THROUGH AND INCLUDING MARCH 31, 2026

THIS MATTER coming before the Court on the Eleventh Interim Application of Berkeley Research Group, LLC ("BRG") as tax advisor to Melanie L. Cyganowski, the court appointed receiver herein (the "Receiver"), for Allowance of Compensation and Reimbursement of Expenses Incurred During the Period January 1, 2026 through and including March 31, 2026 (the "Interim Application")[1] [Dkt. No. 276 ]; and the Court having considered the Interim Application and exhibits and other documents filed in support of the Interim Application; and the Court having found that the Interim Application complies with applicable standards for awarding fees and expenses; and after due deliberation and for good and sufficient cause shown; it is hereby

ORDERED that the Interim Application for the period covering January 1, 2026 through and including March 31, 2026 (the "Application Period") is granted; and it is further

---

[1] Capitalized terms utilized but not otherwise defined herein shall have the meaning ascribed to them in the Interim Application.

1

ORDERED that the fees requested by BRG for the Application Period are allowed on an interim basis in the amount of $2,059.20 (the "Allowed Fees"); and it is further

ORDERED that BRG's request for reimbursement of its out-of-pocket expenses for the Application Period is allowed on an interim basis in the amount of $0.00; (the "Allowed Expenses"); and it is further

ORDERED that the Receiver will not pay any portion of the Holdback Amount, unless otherwise approved by the Court, until the conclusion of the Receivership if and to the extent allowed by the Court.

**SO ORDERED.**

Dated:_____6/17____, 2026
           New York, New York

Hon. Lewis A. Kaplan
United States District Judge

2