UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION, :

              Plaintiff,          :

-v-                   :        No. 1:23-cv-05326-LAK

LEGEND VENTURE PARTNERS LLC,   :

             Defendant.    :
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-17-26

[PROPOSED]
ORDER APPROVING ELEVENTH
JOINT INTERIM APPLICATION OF THE RECEIVER AND
OTTERBOURG P.C. FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES INCURRED DURING THE PERIOD
OCTOBER 1, 2025 THROUGH AND INCLUDING DECEMBER 31, 2025

THIS MATTER coming before the Court on the Eleventh Joint Interim Application of Melanie L. Cyganowski, the receiver (the "Receiver"), and Otterbourg P.C. ("Otterbourg"), counsel for the Receiver, for Allowance of Compensation and Reimbursement of Expenses Incurred During the Period October 1, 2025 through and Including December 31, 2025 (the "Interim Application")[21] [Dkt. No. 270]; and the Court having considered the Interim Application and exhibits and other documents filed in support of the Interim Application; and the Court having found that the Interim Application complies with applicable standards for awarding fees and expenses; and after due deliberation and for good and sufficient cause shown; it is hereby

ORDERED that the Interim Application for the period covering January 1, 2026 through March 31, 2026 (the "Application Period") is granted; and it is further

---

[21] Capitalized terms utilized but not otherwise defined herein shall have the meaning ascribed to them in the Interim Application

8835242.1

**ORDERED** that fees requested by the Receiver for the Application are allowed on an interim basis in the amount of $7,654.50 (the "Allowed Receiver Fees"); and it is further

**ORDERED** that the fees requested by Otterbourg for the Application Period are allowed on an interim basis in the amount of $264,752.40 (the "Allowed Otterbourg Fees" and, together with the Allowed Receiver Fees, the "Allowed Fees"); and it is further

**ORDERED** that Otterbourg's request for reimbursement of its out-of-pocket expenses for the Application Period is allowed on an interim basis in the amount of $3,049.05 (the "Allowed Expenses"); and it is further

**ORDERED** that the Receiver will not pay any portion of the Holdback Amount, until the conclusion of the Receivership if and to the extent allowed by the Court.

**SO ORDERED.**

Dated: _____**6/17**_____, 2026
New York, New York

_____
Hon. Lewis A. Kaplan
United States District Judge

8835242.1