USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-22-26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

-v-

LEGEND VENTURE PARTNERS LLC,

Defendant.

No. 1:23-cv-05326-LAK

**[~~PROPOSED~~]**
**ORDER APPROVING TWELFTH JOINT INTERIM APPLICATION OF THE RECEIVER AND OTTERBOURG P.C. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED DURING THE PERIOD APRIL 1, 2025 THROUGH AND INCLUDING JUNE 30, 2025**

THIS MATTER coming before the Court on the Twelfth Joint Interim Application of Melanie L. Cyganowski, the receiver (the "Receiver"), and Otterbourg P.C. ("Otterbourg"), counsel for the Receiver, for Allowance of Compensation and Reimbursement of Expenses Incurred During the Period April 1, 2025 through and Including June 30, 2025 (the "Interim Application")[17] [Dkt. No. 289]; and the Court having considered the Interim Application and exhibits and other documents filed in support of the Interim Application; and the Court having found that the Interim Application complies with applicable standards for awarding fees and expenses; and after due deliberation and for good and sufficient cause shown; it is hereby

**ORDERED** that the Interim Application for the period covering April 1, 2026 through June 30, 2026 (the "Application Period") is granted; and it is further

[17] Capitalized terms utilized but not otherwise defined herein shall have the meaning ascribed to them in the Interim Application

**ORDERED** that fees requested by the Receiver for the Application Period are allowed on an interim basis in the amount of $2,916.00; and it is further

**ORDERED** that the fees requested by Otterbourg for the Application Period are allowed on an interim basis in the amount of $177,496.00; and it is further

**ORDERED** that Otterbourg's request for reimbursement of its out-of-pocket expenses for the Application Period is allowed on an interim basis in the amount of $145.00; and it is further

**ORDERED** that the Receiver will not pay any portion of the Holdback Amount, until the conclusion of the Receivership if and to the extent allowed by the Court.

**SO ORDERED.**

Dated: 9/22, 2026
New York, New York

Hon. Lewis A. Kaplan
United States District Judge